# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIGANG BAI and JINGXU ZHAO | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; (see attachement for reminader of Defendants) | C 07 5251 SI |

TO: (Name and address of defendant)

EMILIO T. GONZALEZ
Director of the United States Citizenship and Immigraiton Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529
(see attachment for remainder of Defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Audra R. Behne
Law Offices of Audra R. Behne, PC
14724 Ventura Boulevard, 2nd Floor
Sherman Oaks, CA 91403

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

DATE  OCT 1 5 2007

ANNA SPRINKLE

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE See attached |
| Name of SERVER Audra R. Behne | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*: Sent via certified mail, return receipt. See attached receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-5-07
            Date

*Signature of Server*
14724 Ventura Boulevard, 2nd Floor
Sherman Oaks, CA 91403
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## TITLE OF ACTION (Defendants Continued)

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PETER D. KEISLER, Acting United States Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; and FEDERAL BUREAU OF INVESTIGATIONS

## TO: (Name and address of defendant) (Continued)

Honorable Michael Chertoff
Secretary
Department of Homeland Security
Washington, DC 20528

Honorable Peter D. Keisler
Acting United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Robert Mueller
Director
Federal Bureau of Investigations
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.33 | 0410 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $7.13 | 10/23/2007 |

Sent To: Civil Process Clerk, Office of U.S. Atty.
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave., 11th Floor
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, August 2006         See Reverse for Instructions

7006 2150 0000 7133 8416

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of the United
   States Attorney
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): F B JAco
C. Date of Delivery: 10/25/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0000 7133 8416

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.33 | 0410 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.13 | 10/23/2007 |

7006 2150 0000 7133 8324

Re: Zhigang Bai

Sent To: Emilio T. Gonzalez/Dir. of USCIS
Street, Apt. No.; or PO Box No. 20 Massachusetts Ave. N.W.
City, State, ZIP+4 Washington, DC 20529

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T. Gonzalez
Director of the United States
  Citizenship and Immigration
  Services
20 Massachusetts Ave., NW
Washington, DC 20529

Re: Zhigang Bai

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 1-7-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0000 7133 8324

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.33 | 0410 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 7.13 | 10/23/2007 |

Re: Zhigang Bai

Sent To: Hon. Peter D. Keisler, Acting USAG
Street, Apt. No.; or PO Box No. 950 Pennsylvania, N.W.
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0000 7133 8379

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Peter D. Keisler
Acting United States Attorney
General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re: Zhigang Bai

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   OCT 2 9 2007
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0000 7133 8379

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7133 8393**
Status: **Delivered**

Your item was delivered at 3:17 AM on October 29, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



Track & Confirm
Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

12/5/2007