SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHIGANG BAI and JINGXU ZHAO, | ) No. C 07-5251 SI |
| Plaintiffs, | ) |
| v. | ) **ANSWER** |
| EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PETER D. KEISLER, Acting United States Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; and FEDERAL BUREAU OF INVESTIGATIONS, | ) |
| Defendants. | ) |

The Defendants hereby submit their answer to Plaintiffs' Complaint for a Writ in Nature of Mandamus to Compel Administrative Action.

## I.  INTRODUCTION

1.  Defendants admit the allegations in Paragraph One.

## II.  PARTIES

2.  Defendants admit the allegations in Paragraph Two.

3.  Defendants admit the allegations in Paragraph Three.

4.  Defendants admit the allegations in Paragraph Four.

5.  Defendants admit the allegations in Paragraph Five.

6.  Defendants admit the allegations in Paragraph Six.

7.  Defendants admit the allegations in Paragraph Seven.

8.  Defendants admit the allegations in Paragraph Eight.

### III.  JURISDICTION and VENUE

9.  Paragraph Nine consists of Plaintiffs' characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Nine.

10.  Paragraph Ten consists of Plaintiffs' allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Ten.

11.  Paragraph Eleven consists of Plaintiffs' allegations regarding jurisdiction, to which no responsive pleading is required.

12.  Paragraph Twelve consists of Plaintiffs' allegations regarding venue, to which no responsive pleading is required.

13.  Paragraph Thirteen consists of Plaintiffs' allegations regarding fees, to which no responsive pleading is required.

### IV.  INTRADISTRICT ASSIGNMENT

14.  Defendants admit the allegations in Paragraph Fourteen.

### V.  FACTUAL BACKGROUND

15.  Defendants admit the allegations in Paragraph Fifteen.

16.  Defendants admit the allegations in Paragraph Sixteen, although USCIS records indicate the I-140 petition was filed on August 9, 2005.

17.  Defendants admit the allegations in Paragraph Seventeen.

18.  Defendants admit the allegations in Paragraph Eighteen.

///

ANSWER
C 07-5251 SI                    2

# VI.  CAUSES OF ACTION

## A.  Facts Supporting Mandamus

19.  Defendants admit the first and second sentences in Paragraph Nineteen; however, Defendants deny the remaining allegations in this paragraph.

20.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21.  Defendants deny the allegations in Paragraph Twenty-One.

22.  Defendants admit the allegations in Paragraph Twenty-Two.

23.  Defendants deny the allegations in Paragraph Twenty-Three.

24.  Defendants deny the allegations in Paragraph Twenty-Four.

25.  Paragraph Twenty-Five consists of Plaintiffs' characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Twenty-Five.

26.  Defendants deny the allegations in Paragraph Twenty-Six.

27.  Defendants deny the allegations in Paragraph Twenty-Seven.

## B.  Violation of the Administrative Procedure Act

28.  Defendants admit the allegations in Paragraph Twenty-Eight.

29.  Defendants admit the allegations in Paragraph Twenty-Nine.

30.   Defendants deny the allegations in Paragraph Thirty.

31.  Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Thirty-One.

# VII.  PRAYER FOR RELIEF

The remaining paragraphs consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

# FIRST AFFIRMATIVE DEFENSE

___Plaintiffs' complaint fails to state a claim upon which relief may be granted.

ANSWER
C 07-5251 SI                                3

1

## SECOND AFFIRMATIVE DEFENSE

2    The court should dismiss the Complaint for lack for subject matter jurisdiction.

3    WHEREFORE, Defendants pray for relief as follows:

4    That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs'

5 Complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief

6 as it deems just and proper under the circumstances.

7 Dated: December 21, 2007                    Respectfully submitted,

8                                             SCOTT N. SCHOOLS
                                             United States Attorney
9

10                                                  /s/
                                             EDWARD A. OLSEN
11                                           Assistant United States Attorney
                                             Attorneys for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28