SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHIGANG BAI and JINGXU ZHAO,<br><br>        Plaintiffs,<br><br>        v.<br><br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PETER D. KEISLER, Acting United States Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; and FEDERAL BUREAU OF INVESTIGATIONS,<br><br>        Defendants. | No. C 07-5251 SI<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate

Parties' Request to be Exempt from ADR Process
C 07-5251 SI                                            1

1 | the applications for adjustment of status.  Given the substance of the action and the lack of any
2 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3 | court resources.
4 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
6 | conference and any further formal ADR process.

7 | Dated: January 2, 2008          Respectfully submitted,

8 |          SCOTT N. SCHOOLS
         United States Attorney

10 |          _____/s/_____
         EDWARD A. OLSEN
11 |          Assistant United States Attorney
         Attorneys for Defendants

14 | Dated: December 27, 2007          _____/s/_____
         AUDRA R. BEHNE
         Attorney for Plaintiffs

16 | **ORDER**

17 |     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
18 | Multi-Option Program and are excused from participating in the ADR phone conference and any
19 | further formal ADR process.
20 |     **SO ORDERED.**
21 | Dated: _____
         SUSAN ILLSTON
22 |          United States District Judge