| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ZHIGANG BAI and JINGXU ZHAO, | ) | |
| | ) | No. C 07-5251 SI |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| EMILIO T. GONZALEZ, Director of the United | ) | **PROCESS** |
| States Citizenship and Immigration Services; | ) | |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES; MICHAEL | ) | |
| CHERTOFF, Secretary of the Department of | ) | |
| Homeland Security; PETER D. KEISLER, | ) | |
| Acting United States Attorney General; | ) | |
| ROBERT MUELLER, Director of the Federal | ) | |
| Bureau of Investigations; and FEDERAL | ) | |
| BUREAU OF INVESTIGATIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate

Parties' Request to be Exempt from ADR Process
C 07-5251 SI                                                          1

the applications for adjustment of status.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 2, 2008                     Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                                    /s/
                                           EDWARD A. OLSEN
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: December 27, 2007                            /s/
                                           AUDRA R. BEHNE
                                           Attorney for Plaintiffs

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: _____

                                           SUSAN ILLSTON
                                           United States District Judge

Parties' Request to be Exempt from ADR Process
C 07-5251 SI                               2