JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHIGANG BAI and JINGXU ZHAO, )<br>)<br>        Plaintiffs, )<br>)<br>  v. )<br>)<br>MICHAEL CHERTOFF, Secretary; )<br>EMILIO T. GONZALEZ, Director, CIS; )<br>GERARD HEINAUER, NSC Director )<br>Department of Homeland Security; )<br>ROBERT S. MULLER, Director )<br>Federal Bureau of Investigation, )<br>)<br>        Defendants. ) | No. C 07-5251 SI<br><br><br><br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 90-day extension of the case management conference, currently scheduled for January 25, 2008, in light of the following:

    1. The plaintiffs, husband and wife, are natives and citizens of China who filed Form I-485 applications to adjust their status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about September 26, 2005.

    2. The I-485 applications are pending with USCIS.

    3. A case management conference is currently scheduled for January 25, 2008, at 2:00 p.m.

    4. The USCIS has been unable to adjudicate the plaintiffs' I-485 applications because the FBI

STIPULATION TO EXTEND CMC
C 07-5251 SI

has not yet completed the name check of plaintiff Zhigang Bai.[1]

5. The parties believe there is a reasonable possibility that the FBI will complete the name check of plaintiff Zhigang Bai within the next 90 days and that USCIS will then be able to adjudicate the plaintiffs' I-485 applications.

Accordingly, the parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for January 25, 2008, by ninety days. The parties would ask this Court to re-set the case management conference for April 25, 2008.

Dated: January 14, 2008         /s/
                                AUDRA R. BEHNE
                                Attorney for Plaintiffs


Dated: January 14, 2008         /s/
                                EDWARD A. OLSEN
                                Assistant United States Attorney
                                Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January ___, 2008        _____
                                SUSAN ILLSTON
                                United States District Judge

---

[1] Although the FBI has completed the name check for plaintiff Jingxu Zhao, the USCIS cannot yet adjudicate her I-485 application because she is a derivative of her husband's I-485 application.

STIPULATION TO EXTEND CMC
C 07-5251 SI