JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHIGANG BAI and JINGXU ZHAO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMILIO T. GONZALEZ, Director of the United ) <br> States Citizenship and Immigration Services; ) <br> UNITED STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES; MICHAEL ) <br> CHERTOFF, Secretary of the Department of ) <br> Homeland Security; PETER D. KEISLER, ) <br> Acting United States Attorney General; ) <br> ROBERT MUELLER, Director of the Federal ) <br> Bureau of Investigations; and FEDERAL ) <br> BUREAU OF INVESTIGATIONS, ) <br> ) <br> Defendants. ) <br> ) | No. C 07-5251 SI <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 07-5251 SI                                      1

| | | |
|---|---|---|
| 1 | Dated: January 29, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Dated: January 29, 2008 | _____/s/_____<br>AUDRA R. BEHNE<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
United States District Judge

---

[1] Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-5251 SI                                    2