| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ZHIGANG BAI and JINGXU ZHAO, ) | |
| 13 | ) Plaintiffs, ) | No. C 07-5251 SI |
| 14 | ) v. ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| 15 | EMILIO T. GONZALEZ, Director of the United ) States Citizenship and Immigration Services; ) | |
| 16 | UNITED STATES CITIZENSHIP AND ) IMMIGRATION SERVICES; MICHAEL ) | |
| 17 | CHERTOFF, Secretary of the Department of ) Homeland Security; PETER D. KEISLER, ) | |
| 18 | Acting United States Attorney General; ) ROBERT MUELLER, Director of the Federal ) | |
| 19 | Bureau of Investigations; and FEDERAL ) BUREAU OF INVESTIGATIONS, ) | |
| 20 | ) | |
| 21 | Defendants. ) ) | |

22    Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

24 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

25    Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C 07-5251 SI                                              1

1  Dated: January 29, 2008                    Respectfully submitted,

2                                             JOSEPH P. RUSSONIELLO
   United States Attorney

3

4                                                     /s/
                                            ————————————————
   EDWARD A. OLSEN[1]

5                                             Assistant United States Attorney
   Attorneys for Defendants

6

7
   Dated: January 29, 2008                            /s/
8                                             ————————————————
   AUDRA R. BEHNÉ
   Attorney for Plaintiffs

9

10                          **ORDER**

11       Pursuant to stipulation, IT IS SO ORDERED.

12

13  Dated: _____
   SUSAN ILLSTON
14                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26  ————————————

27      [1] Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

28
   Stipulation to Dismiss
   C 07-5251 SI                              2